UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN RUSSELL FEGAN,<br><br>        Petitioner,<br><br>    v.<br><br>GISELLE MATTERSON,<br><br>        Respondent. | No. 1:23-cv-01520-KES-SKO (HC)<br><br>**ORDER DISMISSING PETITIONER'S MOTIONS TO SUPPLEMENT AND GRANTING PETITIONER FINAL OPPORTUNITY TO FILE OPPOSITION**<br><br>**[Docs. 34, 35]**<br><br>**[TEN-DAY DEADLINE]** |

Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 4, 2024, Petitioner filed a motion requesting that a page be added to his Statement of Opposition to the Attorney General's Motion to Dismiss. (Doc. 34.) On April 12, 2024, he filed a second motion to supplement his Statement of Opposition. (Doc. 35.) Petitioner is advised that no Statement of Opposition has been received by the Court and there is nothing to supplement. The Court assumes Petitioner attempted to file a Statement of Opposition, but the opposition was not received. Petitioner will be granted an opportunity to submit his opposition in which he can include the supplemental information.

//

//

1

**ORDER**

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner is GRANTED ten (10) days from the date of service of this Order to file his opposition, and

2) Petitioner's motions to supplement (Docs. 34, 35) are DISMISSED.

IT IS SO ORDERED.

Dated:   **April 16, 2024**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE