UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN RUSSELL FEGAN,<br><br>Petitioner,<br><br>v.<br><br>GISELLE MATTERSON,<br><br>Respondent. | No. 1:23-cv-01520-KES-SKO (HC)<br><br>**ORDER DENYING PETITIONER'S MOTION TO SUPPLEMENT**<br><br>**[Doc. 37]** |

Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 4, 2024, Petitioner filed a motion requesting that a page be added to his Statement of Opposition to the Attorney General's Motion to Dismiss. (Doc. 34.) On April 12, 2024, he filed a second motion to supplement his Statement of Opposition. (Doc. 35.) Petitioner was advised that no Statement of Opposition had been received by the Court, and he was granted one final opportunity to submit his opposition. (Doc. 36.)

On April 19, 2024, Petitioner filed another motion to add further argument to his opposition. (Doc. 37.) Petitioner is again advised that the Court has not received his opposition, and there is nothing to supplement. Petitioner is referred to the Court's April 16, 2024, Order, where Petitioner was granted one final opportunity to file his opposition. (Doc. 36.)

1

**ORDER**

Based on the foregoing, Petitioner's motion to supplement (Doc. 37) is hereby DENIED.

IT IS SO ORDERED.

Dated:  **April 22, 2024**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE