UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN RUSSELL FEGAN,<br><br>    Petitioner,<br><br>    v.<br><br>GISELLE MATTERSON,<br><br>    Respondent. | No.  1:23-cv-01520-KES-SKO (HC)<br><br>**ORDER DENYING PETITIONER'S MOTION TO INCLUDE MEMORANDUM**<br><br>[Doc. 52] |

Petitioner is a state prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 6, 2024, the Court issued Findings and Recommendations to grant Respondent's motion to dismiss the petition. (Doc. 42.) On June 5, 2024, Petitioner filed objections. (Doc. 48.) On August 23, 2024, Petitioner filed a motion to include a memorandum. (Doc. 52.) Petitioner is advised that briefing is closed, and the matter is now pending review by the District Judge. Accordingly, Petitioner's motion to provide further briefing is DENIED.

IT IS SO ORDERED.

Dated:   **August 26, 2024**                    /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE

1